

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JAMES TIDWELL, | § | No. 08-17-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| BLANCA NICOLE TIDWELL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCM0671) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 21, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 21, 2018.

IT IS SO ORDERED this 19th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.